JOHN J. JORDAN, ESQ.   (Cal. State Bar No. 175678)
601 Montgomery Street, Suite 850
San Francisco, CA   94111
(415) 391-4814
(415) 391-4308 (FAX)
jjordanesq@aol.com

Attorney for Defendant
IGNACIO GONZALEZ

RANDY SUE POLLOCK (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
MELINA ESCALANTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OSCAR ESCALANTE, et. al., ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR-16-382-HSG [KAW] <br><br> **STIPULATED MOTION AND** ~~**PROPOSED**~~ **ORDER TO ALLOW DEFENDANTS TO VISIT TOGETHER FOR THE THANKSGIVING HOLIDAY** <br><br> No Hearing Requested |

   1. Defendants Melina Escalante, by and through her counsel of record Randy Sue Pollock; Ignacio Gonzalez, by and through his counsel of record John Jordan; and Assistant United States Attorney Frank Riebli; hereby stipulate and agree that each defendants' bond may be modified to permit them to be together with their mother and other family members on Thanksgiving, November 23, 2017, at Mrs. Escalante's residence in Discovery Bay, California.  Ignacio Gonzalez shall be permitted to travel to the Northern District of California in order to attend the

family celebration on Thanksgiving.  The defendants are instructed not to discuss this case when they are together.

Pretrial Services Officer Victoria Gibson has no objection to this limited modification for Melina Escalante and Pretrial Services Officer Tim Elder has no objection to this limited modification for Ignacio Gonzalez.

Date: November 21, 2017          Respectfully submitted,

                                 _____/s/_____
                                 RANDY SUE POLLOCK
                                 Counsel for Melina Escalante

Date: November 21, 2017          _____/s/_____
                                 JOHN JORDAN
                                 Counsel for Ignacio Gonzalez

Date: November 21, 2017          _____/s/_____
                                 FRANK RIEBLI
                                 Assistant United States Attorney


SO ORDERED: 11/21/17             _____
                                 KANDIS A. WESTMORE
                                 United States Magistrate Judge